UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LAUREN KIMBRO

v.                                                              CASE NO. 3:01CV 1676 DJS (TPS)

I.C. SYSTEM, INC.                                               July 29, 2004

PLAINTIFF'S MOTION FOR PERMISSION TO SUPPLEMENT
HER MOTION FOR SUMMARY JUDGMENT

Plaintiff moves for permission to supplement her motion for summary judgment by calling the Court's attention to Goswami v. American Collections Enter., Inc., __ F.3d __ (5th Cir. July 28, 2004) copy attached. Goswami supports plaintiff's legal position.

THE PLAINTIFF


BY____/s/ Joanne S. Faulkner_____
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511
(203) 772-0395


This is to certify that the foregoing and attached was mailed on July 29, 2004, postage prepaid, to:

Jonathan D. Elliot
P. O. Box 763
Southport CT 06490

_/s/ Joanne S. Faulkner__
Joanne S. Faulkner