UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JUL 30 A 11: 56
U.S. DISTRICT COURT

LAUREN KIMBRO

v.                                          CASE NO. 3:01CV 1676 DJS (TPS)

I.C. SYSTEM, INC.                           July 29, 2004

## PLAINTIFF'S MOTION FOR PERMISSION TO SUPPLEMENT HER MOTION FOR SUMMARY JUDGMENT

Plaintiff moves for permission to supplement her motion for summary judgment by calling the Court's attention to Goswami v. American Collections Enter., Inc., __ F.3d __ (5th Cir. July 28, 2004) copy attached. Goswami supports plaintiff's legal position.

THE PLAINTIFF

BY  /s/ Joanne S. Faulkner
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511
(203) 772-0395

This is to certify that the foregoing and attached was mailed on July 29, 2004, postage prepaid, to:

Jonathan D. Elliot
P. O. Box 763
Southport CT 05490

_/s/ Joanne S. Faulkner_
Joanne S. Faulkner

8/2/04. Granted.