UNITED STATE DISTRICT COURT
DISTRICT OF CONNECTICUT


**NOTICE TO COUNSEL**


Effective **April 3, 2006**, this case is designated as an electronically filed case.  This means that all pleadings will be required to be filed electronically, pursuant to the accompanying Electronic Filing Order.  The procedures contained in the District's CM/ECF Policies and Procedures Manual will apply and counsel will be required to register with the Clerk's Office and provide and email address.  The Manual can be found at the Court's website at **www.ctd.uscourts.gov**.  All activity in the case (e.g., pleadings, orders, notices and calendars) would be filed/sent electronically from that date forward.

If electronic filing would present an undue burden on counsel or the parties, you may move to vacate the Electronic Filing Order on or before its effective date, for good cause shown.  Any pleadings filed before the effective date, including a motion to vacate the Electronic Filing Order, should be filed in paper form.

**IT IS SO ORDERED**.


    /s/Dominic J. Squatrito
Dominic J. Squatrito
United States District Judge