UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2006 AUG -1 P 1: 57

DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| **LAUREN KIMBRO**<br>**Plaintiff** | : |
| v. | : CIVIL NO.: 3:01cv1676(DJS) |
| **I.C. SYSTEM, INC.**<br>**Defendant** | : |

### ORDER

In the interest of justice, the above-captioned case is hereby transferred to the Honorable Stefan R. Underhill, United States District Judge, who sits in Bridgeport, Connecticut. All further pleadings or documents in this matter should be filed with the Clerk's Office in Bridgeport and bear the docket number **3:01cv1676(SRU)**. Pleadings or documents related to this action and filed in any other seat of court will be refused at the Clerk's Office and returned to you unfiled. See Local Rule 3(a).

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this 1st day of August, 2006.

/s/DJS
Dominic J. Squatrito
United States District Judge

AO 72A
(Rev.8/82)