UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LAUREN KIMBRO | : | CIVIL ACTION NO. |
| | : | 3:01CV01676 (SRU) |
| vs. | : | |
| I.C. SYSTEM, INC. | : | DECEMBER 15, 2006 |

## MOTION FOR ENLARGEMENT OF TIME

The defendant hereby requests an extension of time, to and including January 10, 2007, within which to submit the parties' Joint Trial Memorandum. Parties are working on the document, but additional time is necessary for the parties to complete same and/or meet and confer regarding it. Certain key personnel of the defendant are out through the holidays. The proposed date will not prejudice the parties or otherwise delay the matter.

This is the first request with respect to the time period in question and plaintiff's counsel advises that she does not object to the proposed enlargement of time. Defendant respectfully requests until January 10, 2007, which date will not prejudice the parties or the court.

Respectfully submitted,

THE DEFENDANT
I.C. SYSTEM, INC.

By: _____
Jonathan D. Elliot  (ct05762)

Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard
Bridgeport, CT  06604
Tel:  (203) 333-9441
Fax: (203) 333-1489
Juris No.  69695
Email:  jelliot@znclaw.com

Its Attorneys

## CERTIFICATION

I hereby certify that on December 15, 2006, a copy of the foregoing Motion for Enlargement of Time was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

_____
Jonathan D. Elliot