UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LAUREN KIMBRO

v.                                    CASE NO. 3:01CV 1676 SRU

I.C. SYSTEM, INC.                                    January 11, 2007

## MOTION FOR ORDER TO SHOW CAUSE

Plaintiff moves for an order that defendant and its counsel show cause why default should not be entered against them in the sum of $1,000 statutory damages plus fees and costs, for disregarding the Court's scheduling order and breaching counsels' Planning Report pledge, "As officers of the Court, undersigned counsel agree to cooperate with each other and the Court to promote the just, speedy and inexpensive determination of this action."

On October 27, 2006, the Court set the jury selection date and trial date. The parties agreed that the Joint Trial Memorandum needed updating (for example, defendant's named witnesses were no longer employed by defendant) and accordingly agreed that the Joint Trial Memorandum would be filed on December 15, 2006. In the late afternoon of December 14, defendant requested an extension to January 10, 2007. On the afternoon of January 10, 2007, defendant finally informed plaintiff of the defendant's position on her November 3, 2006 proposed fact stipulations, which were all based on the discovery herein. As of January 11, 2007, defendant has still not identified its witnesses and several aspects of the Joint Trial Memorandum need revision on both sides now that the fact stipulation is largely in place.

Defendant and its counsel should be ordered to show, in camera if appropriate, the dates of their communications and the efforts made to comply with the agreed time limits since October 27, 2006. If they cannot do so, default should enter as requested.

THE PLAINTIFF

BY____/s/ Joanne S. Faulkner__
JOANNE S. FAULKNER ct04137
 123 Avon Street
   New Haven, CT  06511-2422
   (203) 772-0395

Certificate of Service

I hereby certify that on January 11, 2007, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772 0395
j.faulkner@snet.net

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LAUREN KIMBRO

v.  CASE NO. 3:01CV 1676 SRU

I.C. SYSTEM, INC.  January 11, 2007

## MEMORANDUM IN SUPPORT OF ORDER TO SHOW CAUSE

Defendant has been frustratingly dilatory in complying with the Court's Order, as shown by the affidavit filed herewith. Both plaintiff and the Court have been prevented from orderly preparation for jury selection or trial because most aspects of the Joint Trial Memorandum are still up in the air, over two months after a schedule was agreed upon, and one month before trial. We don't know whether the blame can be laid upon counsel, or the defendant, or both. But default is an appropriate response in this FDCPA case wherein plaintiff seeks only the $1,000 statutory damages. See Ramsdell v. Doliber, 796 N.E.2d 448, 455 (Mass. App. 2003).

"District courts should not countenance 'purposeful sluggishness' in discovery on the part of parties or attorneys and should be prepared to impose sanctions when they encounter it." Residential Funding Corp. v. DeGeorge Financial Corp., 306 F.3d 99, 113 (2d Cir. 2002). Parties have an unflagging duty to comply with case management orders. Rosario-Diaz v. Gonzalez, 140 F.3d 312, 315 (1st Cir. 1998). A party who flouts the scheduling order ignores the court's inherent interest in administering its docket and "robs [scheduling orders] of their utility." Tower Ventures, Inc. v. City of Westfield, 296 F.3d 43, 47 (1st Cir. 2002).

1

THE PLAINTIFF

      BY____/s/ Joanne S. Faulkner___
          JOANNE S. FAULKNER ct04137
          123 Avon Street
          New Haven, CT 06511-2422
          (203) 772-0395
          j.faulkner@snet.net

Certificate of Service

I hereby certify that on January 11, 2007, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      ____/s/ Joanne S. Faulkner___
          JOANNE S. FAULKNER ct04137
          123 Avon Street
          New Haven, CT 06511-2422
          (203) 772 0395
          j.faulkner@snet.net

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LAUREN KIMBRO

v.                                                CASE NO. 3:01CV 1676 SRU

I.C. SYSTEM, INC.                                 January 11, 2007

<u>LOCAL RULE 37 AFFIDAVIT</u>

The undersigned certifies, pursuant to 28 U.S.C. §1746, that I sent a draft of the proposed fact stipulation for the Joint Trial Memorandum to defendant on November 3, 2006. Thereafter I sent reminders of the Memorandum's December 15 due date and requests to respond to the draft stipulation, on November 9, 16, 29, and December 1, 6, 8, 11, 12, 13, 14 on which date I resent the draft stipulation. At 4:00 p.m. on December 14, counsel reported a family emergency and requested me to agree to an extension of the December 15, 2006 due date. Since defendant had not addressed the Joint Trial Memorandum so that it could not be filed, I consented.

Thereafter I requested the defendant to get back to me on the proposed stipulation on Dec. 27, 29, 2006; January 2, 3, 4, 5 (twice), 8, 9 (three reminders), 10, and 11, 2007. On the afternoon of January 9, defendant reported that he had no word processing file of the Joint Trial Memorandum due to his office change, so I emailed him a copy thereof. On the afternoon of January 10 – the due date for filing the Joint Trial Memorandum -- defendant got back to me about the stipulation so I sent him a revision on January 11, 2007. Much remains to be done. I certify under penalty of perjury that the foregoing is true and correct. Executed on January 11, 2007.

_____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT  06511-2422
(203) 772-0395
j.faulkner@snet.net

2

    Certificate of Service

    I hereby certify that on January 11, 2007, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                          ____/s/ Joanne S. Faulkner___

Case 3:01-cv-01676-SRU    Document 68    Filed 01/11/2007    Page 6 of 6

2