UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LAUREN KIMBRO

v.   CASE NO. 3:01CV 1676 SRU

I.C. SYSTEM, INC.   January 11, 2007

## MEMORANDUM IN SUPPORT OF ORDER TO SHOW CAUSE

Defendant has been frustratingly dilatory in complying with the Court's Order, as shown by the affidavit filed herewith. Both plaintiff and the Court have been prevented from orderly preparation for jury selection or trial because most aspects of the Joint Trial Memorandum are still up in the air, over two months after a schedule was agreed upon, and one month before trial. We don't know whether the blame can be laid upon counsel, or the defendant, or both. But default is an appropriate response in this FDCPA case wherein plaintiff seeks only the $1,000 statutory damages. See Ramsdell v. Doliber, 796 N.E.2d 448, 455 (Mass. App. 2003).

"District courts should not countenance 'purposeful sluggishness' in discovery on the part of parties or attorneys and should be prepared to impose sanctions when they encounter it." Residential Funding Corp. v. DeGeorge Financial Corp., 306 F.3d 99, 113 (2d Cir. 2002). Parties have an unflagging duty to comply with case management orders. Rosario-Diaz v. Gonzalez, 140 F.3d 312, 315 (1st Cir. 1998). A party who flouts the scheduling order ignores the court's inherent interest in administering its docket and "robs [scheduling orders] of their utility." Tower Ventures, Inc. v. City of Westfield, 296 F.3d 43, 47 (1st Cir. 2002).

THE PLAINTIFF


BY____/s/ Joanne S. Faulkner___
    JOANNE S. FAULKNER ct04137
    123 Avon Street
    New Haven, CT 06511-2422
    (203) 772-0395
    j.faulkner@snet.net


Certificate of Service

I hereby certify that on January 11, 2007, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    ____/s/ Joanne S. Faulkner___
    JOANNE S. FAULKNER ct04137
    123 Avon Street
    New Haven, CT 06511-2422
    (203) 772 0395
    j.faulkner@snet.net