UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LAUREN KIMBRO

v.                                  CASE NO. 3:01CV 1676 SRU

I.C. SYSTEM, INC.                                  January 11, 2007

<u>LOCAL RULE 37 AFFIDAVIT</u>

The undersigned certifies, pursuant to 28 U.S.C. §1746, that I sent a draft of the proposed fact stipulation for the Joint Trial Memorandum to defendant on November 3, 2006. Thereafter I sent reminders of the Memorandum's December 15 due date and requests to respond to the draft stipulation, on November 9, 16, 29, and December 1, 6, 8, 11, 12, 13, 14 on which date I resent the draft stipulation. At 4:00 p.m. on December 14, counsel reported a family emergency and requested me to agree to an extension of the December 15, 2006 due date. Since defendant had not addressed the Joint Trial Memorandum so that it could not be filed, I consented.

Thereafter I requested the defendant to get back to me on the proposed stipulation on Dec. 27, 29, 2006; January 2, 3, 4, 5 (twice), 8, 9 (three reminders), 10, and 11, 2007. On the afternoon of January 9, defendant reported that he had no word processing file of the Joint Trial Memorandum due to his office change, so I emailed him a copy thereof. On the afternoon of January 10 – the due date for filing the Joint Trial Memorandum -- defendant got back to me about the stipulation so I sent him a revision on January 11, 2007. Much remains to be done. I certify under penalty of perjury that the foregoing is true and correct. Executed on January 11, 2007.

_____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT  06511-2422
(203) 772-0395
j.faulkner@snet.net

   Certificate of Service

  I hereby certify that on January 11, 2007, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

            ____/s/ Joanne S. Faulkner___