UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LAUREN KIMBRO,                          :        NO. 3:01CV01676 (SRU)
                    Plaintiff,          :
                                        :
v.                                      :
                                        :
I.C. SYSTEM, INC.                       :
                    Defendant.          :        JANUARY 11, 2007

## MOTION TO EXTEND TIME

The defendant hereby moves for brief additional time, to and including January 18, 2007, within which to submit the parties' revised joint trial memorandum. Defendant experienced some delays in obtaining information as a result of an extended medical absence of the undersigned's contact person at the defendant(due to a surgery). The parties are working on the revisions, but need additional time to complete the document.

Defendant has provided revised information to the plaintiff and has responded to plaintiff's proposed stipulated facts, not all of which are agreeable to the defendant. Plaintiff's counsel indicated that she did not have time to work on the document during certain times this week and inquired as to what we should do. The undersigned suggested continuing to work on the document and cooperatively requesting brief additional time from the Court. Plaintiff's counsel refused.

This is the second motion directed to this time period. Plaintiff's counsel indicates her objection.

THE DEFENDANT
I.C. SYSTEM, INC.

By: _____
      Jonathan D. Elliot (ct05762)

Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard
Bridgeport, CT 06604
Telephone: (203) 333-9441
Facsimile: (203) 333-1489
E-Mail: jelliot@znclaw.com

Its Attorneys

## **CERTIFICATION**

I hereby certify that on January 11, 2007, a copy of the foregoing Motion to Extend Time was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

_____
Jonathan D. Elliot