# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

LAUREN KIMBRO                      :
                                  :
        v.                        :     Civil Action No.
                                  :     3:01cv1676 (SRU)
I.C. SYSTEM, INC.                 :


## REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge <u>Garfinkel</u> for the following purpose:

___     All purposes except trial, unless the parties consent to trial before the Magistrate Judge

___     A ruling on all pretrial motions except dispositive motions

___     To supervise discovery and resolve discovery disputes

___     A ruling on the following motions which are currently pending:

_X_     A settlement conference

___     A conference to discuss the following: _____

___     Other: _____


SO ORDERED this 6th day of February 2007, at Bridgeport, Connecticut.


                                        /s/ Stefan R. Underhill_____
_____        Stefan R. Underhill
                                        United States District Judge