UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LAUREN KIMBRO | : | |
| | : | |
| v. | : | Civ. Action No. |
| | : | 3:01cv1676 (SRU) |
| I.C. SYSTEM, INC. | : | |

## ORDER

The referral order (**doc. #11**) entered on December 20, 2001 is hereby **VACATED**.

It is so ordered.

Dated at Bridgeport this 6th day of February 2007.

           /s/ Stefan R. Underhill
           Stefan R. Underhill
           United States District Judge