UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LAUREN KIMBRO,
    Plaintiff,

v.

IC SYSTEM, INC.,
    Defendant.

Civil Action. No.
01cv1676 (SRU)

## CONFERENCE MEMORANDUM

On February 8, 2007, I held a phone conference off the record with Joanne Faulkner, representing the plaintiff and Jonathan Elliot, representing defendants Credit Protection Association, L.P., Credit Resolutions LLC, and Janet C. Argenta. The purpose of the conference was to discuss scheduling.

Trial will is set for May 7-8, 2007, with jury selection to begin on May 4, 2007. In addition, plaintiff has filed a motion in limine. Defendants shall respond to plaintiff's motion by February 23, 2007. Plaintiff's shall reply to defendants' response by March 7, 2007.

Dated at Bridgeport, Connecticut, this 8th day of February 2007.

                    /s/ Stefan R. Underhill
                    Stefan R. Underhill
                    United States District Judge