UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LAUREN KIMBRO

v.  CASE NO. 3:01CV 1676 SRU

I.C. SYSTEM, INC.  April 5, 2007

PLAINTIFF'S MOTION TO SUPPLEMENT TRIAL MEMORANDUM

Plaintiff respectfully requests permission to amend her part of the Joint Trial Memorandum as follows:

**Add to description of Banking Department witness testimony**:

1. Custodian of Records, Banking Department regarding form letters submitted by defendant for use in Connecticut and Department rules that such letters must be submitted as part of the licensing process.

**Add to exhibit list:**

11. Department of Banking standards for licensing (2 pages).

**Add to Proposed Jury Instructions**: (and renumber following instructions)

13. The FDCPA provides that it is false, deceptive or misleading for a collector to create a false impression as to the source, authorization or approval of any written communication. §1692e(9).

Defendant does not consent to the changes.

THE PLAINTIFF

BY____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395
j.faulkner@snet.net

Certificate of Service

I hereby certify that on April 5, 2007, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                ____/s/ Joanne S. Faulkner___