UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LAUREN KIMBRO, | : | CASE NO. 3:01CV01676 (SRU) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| I.C. SYSTEM, INC. | : | |
| Defendant. | : | MAY 3, 2007 |

## MOTION IN LIMINE AND/OR TO AMEND AFFIRMATIVE DEFENSES

Defendant hereby moves to preclude Plaintiff from presenting testimony on new issues raised for the fist time in the parties' Joint Trial Memorandum dated January 18, 2007, nearly six years after the events complained of in Plaintiff's original Complaint and over four years after the parties submission of the original Joint Trial Memorandum in September, 2002 which document is devoid of any indication of the following claims:

    1.    Whether Defendant left phone messages for Plaintiff without the disclosure allegedly called for by 15 U.S.C. § 1692e(11).

    2.    Whether Defendant's letters misrepresented the amount of the debt in violation of § 1692e(2)(A) or § 1692g.

    3.    Whether Defendant had authority to send letter 283 when it had not been approved by the creditor or submitted to the Connecticut Banking Department.

The relevant facts regarding these new claims were known to Plaintiff, in some instances, as early as the date of the Complaint in this matter, or certainly by the time of the filing of the 2002 Joint Trial Memorandum after the close of discovery. To

permit Plaintiff to pursue belated claims added at the whim of Plaintiff without the benefit of any amendment of the Complaint, is prejudicial to Defendant.

To the extent that Plaintiff is permitted to assert such claims, if at all, Defendant requests leave to amend its Answer to include an affirmative defense of the statute of limitations. Such amendment will not unduly prejudice Plaintiff and is necessary in the interests of justice.

THE DEFENDANT
I.C. SYSTEM, INC.

By: _____
Jonathan D. Elliot (ct05762)

Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard
Bridgeport, CT 06604
Telephone: (203) 333-9441
Facsimile: (203) 333-1489
E-Mail: jelliot@znclaw.com

Its Attorneys

2

## **CERTIFICATION**

I hereby certify that on **May 3, 2007**, a copy of the foregoing **Motion in Limine and/or to Amend Affirmative Defenses** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

THE DEFENDANT
I.C. SYSTEM, INC.

By: _____
Jonathan D. Elliot (ct05762)

Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard
Bridgeport, CT 06604
Telephone: (203) 333-9441
Facsimile: (203) 333-1489
E-Mail: jelliot@znclaw.com

Its Attorneys

3