UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAUREN KIMBRO,<br>　　　　Plaintiff, | : NO. 3:01CV01676 (SRU)<br>:<br>: |
| v. | : |
| I.C. SYSTEM, INC.<br>　　　　Defendant. | :<br>: MAY 30, 2007 |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

The Plaintiff and Defendant, by and through the undersigned, hereby stipulate that the above entitled action shall be dismissed with prejudice to Plaintiff on her complaint and without costs and/or attorney's fees to any party.

THE PLAINTIFF

By:  _____
　　Joanne S. Faulkner (ct04137)

　　Law Offices of Joanne Faulkner
　　123 Avon Street
　　New Haven, CT  06511-2422
　　Tel.  203-772-0395
　　Email: faulknerlawoffice@snet.net

THE DEFENDANT

By _____
　　Jonathan D. Elliot (ct05762)

　　Zeldes, Needle & Cooper, PC
　　1000 Lafayette Boulevard
　　Bridgeport, CT  06604
　　Tel.  203-333-9441
　　Fax  203-222-1489
　　Email: jelliot@znclaw.com

So ordered:

_____
U.S.D.J.